IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

MALINDA CHAMBLISS; OLIVER
CHAMBLISS, JR.; GARRVIN VONDELL
BARNES, JR.; KOCH RASHUN LIGGANS,
AND OCTAVE CHAMBLISS, MINORS, BY
AND THROUGH THEIR MOTHER, NEXT
FRIEND, AND GUARDIAN, MALINDA CHAMBLISS                PLAINTIFFS

VS.                          CIVIL ACTION NO. 5:16-cv-126-DCB-MTP

LINCOLN MOTOR COMPANY,
FORD MOTOR COMPANY and JOHN DOES 1-10              DEFENDANTS

ORDER

This case was consolidated with cause number 5:16-cv-125-DCB-MTP on January 24, 2017 (Doc. 6). As the Court wrote in its order, "These matters are hereby consolidated for all purposes, including trial. All future pleadings and filing shall be filed only in Cause No. 5:16-cv-125-DCB-MTP."

Subsequently, Cause No. 5:16-cv-125-DCB-MTP was remanded to state court. As such, this matter as consolidated with Cause No. 5:16-cv-125-DCB-MTP is also remanded.

SO ORDERED this the 19th day of September, 2019.

                                                _/s/ David Bramlette_____
                                                UNITED STATES DISTRICT JUDGE